# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL FLOURNOY,<br><br>              Plaintiff,<br><br>v.<br><br>WHEATLAND TUBE, LLC and ZEKELMAN INDUSTRIES, INC.,<br><br>              Defendants. | Case No. 24-cv-01896<br><br>Honorable Judge April M. Perry |

## STIPULATON TO DISMISS

Plaintiff MICHAEL FLOURNOY and Defendants WHEATLAND TUBE, LLC AND ZEKELMAN INDUSTRIES, INC., by and through their undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate and agree that the claims of Plaintiff in the above-captioned matter shall be dismissed with prejudice in their entirety, with each party bearing its own costs and attorneys' fees. As such, the Court may enter an order dismissing this case, with prejudice, in its entirety.

Dated: May 15, 2025

Respectfully submitted,

/s/ Antonio L. Jeffrey *(with permission)*
Antonio L. Jeffrey
**JEFFREY LAW OFFICE, LLC**
1301 W. 22nd Street, Suite 308
Oak Brook, IL 60523
(312) 583-7072
ajeffrey@jeffreylawoffice.com

*Attorney for Plaintiff*

/s/ Jennifer L. Colvin (*with permission*)
Jennifer L. Colvin
Amy R. Cortez
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
155 North Wacker Drive
Suite 4300
Chicago, IL 60606
312.558.1220
*jennifer.colvin@ogletree.com*
*amy.cortez@ogletree.com*

*Attorneys for Defendants*